

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2020

No. 04-19-00773-CV

Stephen S. **STOKWITZ,**
Appellant

v.

Marcus **TINAJERO,** Charles P. Jones, and Linda Tinajero Jones,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 18-05-0464-CVA
Honorable Lynn Ellison, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file Appellant's brief is this date GRANTED. Time is extended to April 29, 2020.

It is so **ORDERED** on March 30, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. CRUZ
Clerk of Court